UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THE PRIVATE BANK AND TRUST COMPANY,**

    Plaintiff,

                                                Civil No. **09-14734**
                                                Hon. John Feikens

v.

**GAIL M. DUNCAN and
SASHI K. TEJPAUL,**

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **3/8/2010**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions of this court.

                                                              **s/John Feikens**
                                                              John Feikens
                                                              United States District Judge

Dated: April 5, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 5, 2010.

s/Carol Cohron
Deputy Clerk