UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Private Bank and Trust,

           Plaintiff,                              Case No. 09-14734

v.                                          Hon. Nancy G. Edmunds

Gail M. Duncan, et al.,

           Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and

Recommendation. Being fully advised in the premises and having reviewed the record and the

pleadings, including the Report and Recommendation and any objections thereto, the Court

hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is

further ordered that default judgment be entered jointly and severally against defendants in the

amount of $277,433.04.

        SO ORDERED.


                                s/Nancy G. Edmunds_____
                                Nancy G. Edmunds
                                United States District Judge

Dated:  July 25, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on July 25, 2012, by electronic and/or ordinary mail.

                                s/Carol A. Hemeyer_____
                                Case Manager